[Dkt. Nos. 34, 37]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| ROBYN A. BORGESI, | : |
| Plaintiff, | : Civil No. 11-1560 (RMB/JS) |
| v. | : **ORDER** |
| PREMIER IMMEDIATE MEDICAL CARE, et al., | : |
| Defendants. | : |

THIS MATTER having come before the Court pursuant to Federal Rule of Civil Procedure 72(b); and

IT APPEARING that on April 1, 2013, United States Magistrate Judge Joel Schneider filed a Report and Recommendation in this case [Dkt. No. 37] recommending that this matter be dismissed; and

THE COURT NOTING that Plaintiff Robyn A. Borgesi was given, pursuant to Fed. R. Civ. P. 72 and L. Civ. R. 72.1(c)(2), until April 15, 2013 to respond or otherwise object to this Report and Recommendation [Dkt. No. 26]; and

THE COURT NOTING that no objections have been received as of today's date; and

IT APPEARING, after review, that this Court should adopt Judge Schneider's Report and Recommendation without modification;

IT IS on this **25th** day of **April 2013**, hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation is adopted and entered; and it is further

**ORDERED** that the Defendants' Motion to Dismiss is GRANTED.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge
